Tom SMITH, Plaintiff-Appellant,

v.

SOUTHERN PACIFIC COMPANY, Defendant-Appellee.

No. 31066.

United States Court of Appeals, Fifth Circuit.

June 2, 1971.

Rehearing Denied June 23, 1971.

Edgar N. Quillin, Earl J. Higgins, Arabi, La., for plaintiff-appellant.

Harry McCall, Jr., New Orleans, La., for defendant-appellee.

Before COLEMAN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

AMERICAN ACCEPTANCE CORPORATION, Plaintiff-Appellant,

v.

BRAND NAMES, INC., Defendant-Appellee.

No. 30909.

United States Court of Appeals, Fifth Circuit.

June 3, 1971.

Rehearing Denied and Rehearing En Banc Denied June 29, 1971.

W. G. Ward, Aaron M. Kanner, Richard Kanner, Miami, Fla., for appellant.

Robert C. Ward, Miami Beach, Fla., for appellee.

Before COLEMAN, GOLDBERG and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.